**In re Naren CHAGANTI.**

No. 2011–1344.

United States Court of Appeals, Federal Circuit.

July 21, 2011.

Raymond T. Chen, Patent & Trademark Office, Alexandria, VA, for Appellee.

Naren Chaganti, Town & Country, MO, pro se.

**ON MOTION**

**ORDER**

Naren Chaganti moves for a 60–day extension of time, until August 22, 2011, to file the opening brief.

The court notes that Chaganti's appeal was dismissed on June 7, 2011 for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the case will be reinstated, if Chaganti files a completed informal brief (form enclosed) within 30 days of the date of filing of this order.